# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ANGELA PALMER, WARREN PALMER, and A.R. PALMER, ) ) ) ) Petitioners, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | No. 3:07-mc-23 (Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss by the Respondent, the United States of America. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Respondent's motion,

**IT IS ORDERED AND ADJUDGED** that the government's motion to dismiss petition to quash IRS summonses is hereby **GRANTED,** whereby the petition to quash IRS summonses is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the summonses issued to and served upon AmSouth Bank and SunTrust Bank be and are **ENFORCED** and that AmSouth Bank and SunTrust Bank obey the summons served upon them, and each and every requirement thereof, and ordering its attendance and testimony, and the production of the records, papers and other data as required by the terms of the summonses before Special Agent Bruce McMillan, or any authorized officer of the Internal Revenue Service; and

**IT IS FURTHER ORDERED,** that the Clerk shall distribute conformed copies of this order to the representatives of the parties and the summoned parties listed below.

Dated at Knoxville, Tennessee, this _____ day of January, 2008.

                                             s/ Patricia L. McNutt
                                                  Clerk of Court

Angela Palmer
Petitioner, *Pro Se*
11306 Sonja Drive
Knoxville, TN 37934

Warren Palmer
Petitioner, *Pro Se*
11306 Sonja Drive
Knoxville, TN 37934

AmSouth Bank
505 South Gay Street
Knoxville, TN 37902

SunTrust Bank
700 East Hill Avenue
Knoxville, TN 37915

Brittney Campbell
Tax Division, Trial Attorney
U.S. Dept of Justice
P.O. Box 227
Washington, DC 20044